

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2021

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Castillo-Gomez*, 21 Cr. 671 (NRB)

Dear Judge Buchwald:

    The Government submits this letter on behalf of both parties respectfully to request an adjournment of the upcoming conference in this matter, currently scheduled for January 5, 2022, for approximately 45 days.  The parties continue to engage in discussions concerning a pretrial disposition and intend to continue those discussions.  Accordingly, the Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time from January 5, 2022, to the date of the next conference, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the parties can continue to explore the potential pretrial resolution just mentioned.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Michael R. Herman / Brandon D. Harper
    Assistant United States Attorneys
    (212) 637-2221 / -2209

Application granted. The conference is adjourned until February 22, 2022 at 2:30 p.m.  **SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 22, 2021