

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Castillo-Gomez*, 21 Cr. 671 (NRB)

Dear Judge Buchwald:

    The Government submits this letter on behalf of both parties respectfully to request an adjournment of the upcoming conference in this matter, currently scheduled for February 22, 2022 at 2:30 p.m. The parties have reached an agreement on a pretrial resolution and expect that the defendant will enter a change of plea at the next proceeding. Accordingly, the Government requests, with the consent of the defendant, by and through defense counsel, that, if possible, the Court schedule a change of plea hearing for March 9 or March 11[1] and that the Court exclude time from February 22, 2022, to the date of the change of plea hearing, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the parties negotiated pretrial resolution.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Michael R. Herman / Brandon D. Harper
Assistant United States Attorneys
(212) 637-2221 / -2209

Application granted. The plea hearing will be scheduled for March 9, 2022 at 1:00 p.m.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        February 14, 2022

---

[1] Defense counsel has indicated that he is available both on March 9 and March 11.