# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**JAMES KOUSOUROS**
Founder & Principal

**STUART GOLD**
Senior Counsel

**EMMA J. COLE**
Legal Assistant

June 28, 2022

By ECF

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Maria Castillo-Gomez*, 21 Cr. 671 (NRB)

Dear Judge Buchwald:

This letter is respectfully submitted to request the Court extend the due dates to file sentencing submissions on behalf of the defense and the Government following the Court's Order adjourning the sentence in reference to the above-captioned matter to August 23, 2022. (D.E. 32).

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/James Kousouros
James Kousouros, Esq.

c.c.

Brandon Harper
Michael Herman
Assistant United States Attorneys

```
Application granted. The defense
submission is due on July 28 and
the Government's submission is
due on August 4. SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: New York, New York
       July 1, 2022
```