UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| - V - | : | **Order** |
| | : | |
| MARIA CASTILLO GOMEZ, | : | 21 Cr. 671 (NRB) |
| | : | |
| DEFENDANT. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    IT IS HEREBY ORDERED, that RICHARD D. KESSLER, M.A., L.M.H.C., Ph.D. (Cand.), CASAC/T, release the therapy records of MARIA CASTILLO-GOMEZ in his possession, to include any diagnosis and evaluation to JAMES KOUSOUROS, ESQ., counsel for MARIA CASTILLO-GOMEZ.

Dated:    July 26, 2022
            New York, New York

                                            _____
                                            THE HONORABLE NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK