# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

September 7, 2022

By ECF

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Maria Castillo-Gomez*, 21 Cr. 671 (NRB)

Dear Judge Buchwald:

This letter is respectfully submitted to request the Court extend the due dates to file sentencing submissions on behalf of the defense and the Government by one week and to adjourn the sentencing currently scheduled for September 29, 2022 by one week.

The defense has not yet received Dr. Kessler's final report which we would seek to reference in our sentencing submission of behalf of Ms. Castillo-Gomez.

The Government has no objection to the instant request.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/James Kousouros
James Kousouros, Esq.

```
Application denied.
SO ORDERED.

            [signature]
       NAOMI REICE BUCHWALD
       UNITED STATES DISTRICT JUDGE
Dated:    New York, New York
          September 9, 2022
     c.c.

     Brandon Harper
     Michael Herman
     Assistant United States Attorneys
```